# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
RESIGNATION OF KEVIN R. BRIGGS,
BAR NO. 5588.

No. 85276



FILED

SEP 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Kevin R. Briggs for his resignation from the Nevada bar.

SCR 93(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Briggs; and that he is current on all membership fee payments and other financial commitments relating to the practice of law in this state. *See* SCR 93(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 93(5)(a)(2). Briggs acknowledges that this resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 93(5)(c)-(d). Finally, Briggs has submitted an affidavit of compliance with SCR 115. *See* SCR 93(5)(e).

22-30148

The petition satisfies the requirements of SCR 93(5). Accordingly, we approve attorney Kevin R. Briggs's resignation. SCR 93(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____ C.J.

cc:    Bar Counsel, State Bar of Nevada
Kevin R. Briggs
Executive Director
Admissions Office, United States Supreme Court